**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:26-cv-06562 |
| | ) | JURY TRIAL DEMANDED |
| LONE STAR PEPTIDE CO. LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Defendant Lone Star Peptide Co. LLC has not appeared in this action or responded to the Complaint filed by Plaintiff Eli Lilly and Company ("Lilly"). Accordingly, the Court hereby GRANTS Lilly's Motion and strikes the September 11, 2026 deadline for the parties to file a joint discovery/case management plan.

Dated: __________________

______________________________
The Honorable Kenneth M. Hoyt