**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LONE STAR PEPTIDE CO. LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 4:26-cv-06562<br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Eli Lilly and Company hereby gives notice of the voluntary dismissal of the above-captioned action, in its entirety, with prejudice. Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. To date, Defendant Lone Star Peptide Co. LLC has not served an answer or motion for summary judgment. Accordingly, this dismissal is effective upon the filing of this Notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

Dated: October 16, 2026

*/s/ James John Lomeo*

James John Lomeo
*Attorney-in-Charge*
Texas Bar No. 24118993
Federal Bar No. 3511238
KIRKLAND & ELLIS LLP
401 West 4th Street
Austin, TX 78701
Telephone: (512) 355-4316
Facsimile: (512) 678-9101
james.lomeo@kirkland.com

*Counsel for Plaintiff Eli Lilly and Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 16th day of October 2026, a true and correct copy of the above was electronically filed with the Clerk of the Court using the CM/ECF system, which sends notifications of such filing to all counsel of record who have consented to accept service by electronic means. Because Lone Star has not yet appeared in this case, the undersigned also hereby certifies that on this 16th day of October 2026, a true and correct copy of the above was e-mailed to Defendant Lone Star Peptide Co. LLC's registered agent at the below address:

Lone Star Peptide Co. LLC
c/o Adam Landa
alandatx@gmail.com

*/s/ James John Lomeo*
James John Lomeo