United States District Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-06562 |
| | § | |
| LONE STAR PEPTIDE CO. LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL ON NOTICE**

Plaintiff in the above styled and numbered cause of action has filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 10).

Accordingly, it is Ordered that this case is dismissed with prejudice.

It is so ORDERED.

SIGNED on November 2, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge